# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 226TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 13, 2014, the cause upon appeal to revise or reverse your judgment between

Raymond McKinney, Appellant(s)

V.

The State of Texas, Appellee(s)

No. 04-13-00433-CR    and    Tr. Ct. No. 2012CR8329

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for a new trial.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 7, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853